NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

VINCENT CERONE, an Infant, by GUISEPPE CERONE, His Guardian ad Litem, Respondent, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ROSE BLUM, Appellant, v. MOORE & McCORMACK COMPANY, INC., and Others, Respondents, Impleaded with Another, Defendant.— Orders affirmed, without costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MORRIS EDELMAN, Appellant, v. ABRAHAM CHOPAK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THOMAS W. SIMMONS & COMPANY, INC., Appellant, v. J. E. DOCKENDORFF & Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MARCUS CONTRACTING CO., INC., Plaintiff, v. TUNICK, WALTER & FELDMAN, INC., Appellant, and CALMA REALTY Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

PETER SMITH, Appellant, v. SOPHIE SMITH, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., and Finch, J., dissent.

ROBERT P. CAMPBELL, JR., Appellant, v. ROGER J. DORN and Others, Copartners, etc., Respondents.— Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROBERT P. CAMPBELL, JR., Appellant, v. ROGER J. DORN and Others, Copartners, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted as to items 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18 and 20, contained in the notice of motion. No opinion. The time, place and person before whom the examination shall be held to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

YETTA KOUSER, Respondent, v. CHARLES BENNETT CONTRACTING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SAMUEL AXELRAD, Respondent, v. HERMINE AXELRAD, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SCHOTZ POWERS COMPANY, INC., Appellant, v. MARIE H. POWELL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

23RD STREET AMUSEMENT CORPORATION, Appellant, v. CORNISH ARMS HOTEL COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SOCIETE CENTRALE DES BANQUES DE PROVINCE, Appellant, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendant to answer within twenty days from service of order upon payment